UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE THOMAS FULLER,<br><br>                Petitioner,<br>     v.<br>JASON BENNETT,<br><br>                Respondent. | Case No. 2:24-cv-983-TL-TLF<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remaining record, and no objections having been filed, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. Petitioner's habeas corpus petition, and this action, are DISMISSED without prejudice for failure to prosecute.

3. Petitioner's motion to proceed IFP (Dkt. 1) is DENIED.

Dated this 10th day of September, 2024.

Tana Lin
United States District Judge

ORDER - 1