UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE THOMAS FULLER,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>JASON BENNETT, Superintendent,<br>Stafford Creek Corrections Center,<br><br>　　　　　　　Respondent. | CASE NO. 2:24-cv-00983-TL-TLF<br><br>ORDER |

This matter is before the Court on Petitioner's Motions for Relief from Judgment. Dkt. Nos. 28, 29. On September 20, 2024, Petitioner filed a notice of appeal with the Ninth Circuit, appealing the judgment. Dkt. No. 9. As this Court has previously explained, "[o]nce a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed." Dkt. No. 21 at 1 (quoting *Nat. Res. Def. Council, Inc. v. Sw. Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001)). "The Court retains only limited jurisdiction to maintain the status quo pending the appeal." *Id.* at 2 (citing *Nat. Res. Def. Council*, 242 F.3d at 1166). As with Petitioner's prior motions for relief from judgment (Dkt. Nos. 10, 16) that were stricken (Dkt. No. 21 at 2), the

ORDER - 1

relief Plaintiff seeks through his new motions is also the subject of his appeal and is beyond the Court's limited jurisdiction to maintain the status quo.

Accordingly, Petitioner's motions (Dkt. Nos. 28, 29) are STRICKEN, as the Court does not have jurisdiction to rule on the motions. Any additional such fillings will not be entertained by the Court.

Dated this 2nd day of January 2025.

Tana Lin
United States District Judge

ORDER - 2